# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

131092

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

ANTHONY MAURICE WHITLOCK,
    Defendant-Appellant.

_____/

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 131092
COA: 259080
Calhoun CC: 04-001145-FH

On order of the Court, the application for leave to appeal the April 4, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

_____
Clerk

t0724